36

**RECEIVED**

JUN 2 7 2016

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Michael Patten

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

16c 6749
Judge John Z. Lee
Magistrate Judge Young B. Kim

vs.

Case N PC 8 _____
(To be supplied by the Clerk of this Court)

## Tom Dart
## Ms. Jack Nurse cermak Health services Divil
## Mr. Uy Doctor cermak Health services
## John Do Doctor cermak Health services Divil
## Susan Shebel R.Nurse cermak Health services

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

    A.    Name: Michael Patten

    B.    List all aliases: _____

    C.    Prisoner identification number: #201502-01082

    D.    Place of present confinement: Cookcounty Jail

    E.    Address: #26 calfornia

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: Tom Dart

        Title: sheriff

        Place of Employment: Cook county Jail

    B.    Defendant: MS. Jack

        Title: nurse cermak Health services Div11

        Place of Employment: Cook county Jail Div 11.

    C.    Defendant: Mr. Uy Doctor

        Title: Doctor cermak Health services

        Place of Employment: Cook county Jail cermak Hospial

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

I. **Plaintiff(s):**

   A.  Name: _____

   B.  List all aliases: _____

   C.  Prisoner identification number: _____

   D.  Place of present confinement: _____

   E.  Address: _____

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A.  Defendant: _John Do_____

       Title: _Doctor_____

       Place of Employment: _Cermak Health services Div 11 Cook county Jail_

   B.  Defendant: _____

       Title: _____

       Place of Employment: _____

   C.  Defendant: _Susan Shebel_____

       Title: _R.N_____

       Place of Employment: _Cermak Heatthservices cookcounty Jail_

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Patten V. Dart no.10C4964_ _N.Dill_

B. Approximate date of filing lawsuit: _4 - 10 - 07_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Michael Patten_

D. List all defendants: _Tom Dart at et_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District of Illinos_

F. Name of judge to whom case was assigned: _Coar, J_

G. Basic claim made: _medical treatment_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _dismissed_

I. Approximate date of disposition: _7 - 2 - 2009_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Patten v Dart No 08 C 5105_

B. Approximate date of filing lawsuit: _3 - 10 - 07_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Michael Patten_

D. List all defendants: _Tom Dart at' et_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District of Illinois_

F. Name of judge to whom case was assigned: _Coar, J_

G. Basic claim made: _living condition medical treatment_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _settled_

I. Approximate date of disposition: _9 - 12 - 8_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _Patten v Dart No 08 c 5105_

B. Approximate date of filing lawsuit: _3 - 10 - 07_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Michael Patten_

D. List all defendants: _Tom Dart at et_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District of Illinois_

F. Name of judge to whom case was assigned: _Coar, J_

G. Basic claim made: _living condition medical treatment_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _settled_

I. Approximate date of disposition: _8 - 12 - 8_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007



A. Name of case and docket number: Michael Patt V Tom Dart, et al
   # 15C6148

B. Approximate date of filing lawsuit: 11-6-15

C. List all plaintiff: Michael Patten

D. List all defendants: Sheriff Tom Dart, Director Myles Superintendent Hall
   Doctor ay superintendent Julian c/o Ray Ford, Dane Do Dentist

E. Court in which the lawsuit was filed (if in federal court, name the districts)
   United States District court Northern District of Illin

F. Name of judge to whom case was assigned: Rebecca R. Pallmeyer

G. Basic claim made: Medical treatment / living conditions

H. Disposition of this case: pending

I. Approximate date of disposition: Pending

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Patten V. Dart No. 08 C 5619 N.DIll_

B. Approximate date of filing lawsuit: _2-7-2008_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Michael Patten_

D. List all defendants: _Tom Dart at. et_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District of Illinois_

F. Name of judge to whom case was assigned: _Denlow J._

G. Basic claim made: _medical treantment_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _dismissed_

I. Approximate date of disposition: _3-30-2009_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

Statement of Claim:

Now comes Plaintiff, Michael Patten. A pretrial detaine at cook county D.o.c. bring fourth this complaint against the defendants of cook county D.o.c. for voilating Plaintiffs consitution rights by deliberale indifference to inadequate medical treatment

ON Febuary 1, 2015 Plaintiff was detained at cook county Jail, than released for a period of time on electronic monitoring Before Plaintiff was arrested his suffer injurys to his back and neck and was not able to seek proper medical treatment or get his prescibed medcation while on E.M Plaintiff was place back in custoy after comeing back for the cook county hospital E.R. once back in cook county bill at intake Plaintiff explain that he was in a lot of pain and was not aloud to take his medcation by the cook county, Sheriff E.M Officer Plaintiff informed the nurse the he was takeing Nydocodone/acetaminophe for his chronic back illness and authorise pain. Plaintiff was advised that he would be resiveing medcation in a few days, never got it. Plaintiff was housed in Div 2-dorm 4 told his deck officer about his problem with not getting medicated and that his mattress had very little cushion in it and is causeing shaunder pain as well as makeing his chronic back illness, to become worse than it was. Plaintiff got no help from officer or medical staff in Div 2, the result, was Plaintiffs blood pressure reach dangers levels. Officers never call for emergency medical care. Plaintiff could not walk very well but had to, before reciveing medical treatent once at cermak, E.R. Plaintiff wait for hours, before getting medcation for pain need got medcation for high blood pressure. Plaintiff was than keep over night at cermak hospital and had to sleep on the floor, in a bed call a boat. Before discharge plaintiff was given in effect medcation and no blood pressure piles.

contu'.

Plaintiff was place in Div 11, where he was seen by doctors there he told them that he was not getting his prescribed medication after being lock up for six months, the mattress that he was issue had very little cushion in it and was cause in medical problems to get worse. and that he was not aloud to make none of his follow up appointments at Holy cross, and cook county hospitals and the medication was not givening him no relief the olny time Plaintiff got relief for his back and shounder pain was at the E.R. Doctors at the dispencry in Div 11, never treat him for his chronic back illness, Doctor UY of cermak health told Plaintiff he could not get his prescribed medication and to just do situp to stop the pain. Getting no help from doctors. Plaintiff used the cook county grievance system administrator Susan shebel R.N. decison or recommendation never help or gave relief to plaintiff problem, Plaintiff later on was hospitales again for nurse Jack of cermak health services Div 11. for not leting other nurses treat his high Blood pressure by giveing him medication. These incidents has cause the Plaintiffs health and life Plaintiff holds Tom dart responsible in his offical and personal capacity as sherff of cook county jail he is responsible for the welfare of every inmate in the cook county D.O.C. Plaintiff holds nurse Jack in her offical and personal capacity because she is responsible for the health of every inmate to treat and care for every inmate In Div 11. Plaintiff holds Doctor UY he is responsible to give adequate treatment to all inmate in cook county jail. Plaintiff holds John DO Doctor in Div 11 at cook county jail he is responsible for all given adequate medical treatment to all inmate at cook county jail Plaintiff holds Susa shebel susans shebel responsible because she new about the problems and little to nothing. All these defendant in there offical and personal capacity are responsible and acted under color of Statue Law

**V.**     **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the defendants of Cook County D.O.C to pay monetary damages in the amount of 50,0000 dollars Punitive damages in the amount of 100,000.00 dollars compensatory damages in the amount of 20,000.00.

**VI.**     The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20 16

_Michael Patter_
(Signature of plaintiff or plaintiffs)

_Michael Patten_
(Print name)

2015020108 2
(I.D. Number)

P.O Box 089002 Chicago Ill.
60608
(Address)

Revised 9/2007

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Aguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☐ GRIEVANCE    ☐ NON-GRIEVANCE (REQUEST)

CONTROL # 20152066

## INMATE INFORMATION

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| Patter | Micael | 20150201012 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:** Poor Medical Treatment

**IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):**

**CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel):** Cermak

**DATE REFERRED:** 4/24/15

**RESPONSE BY PERSONNEL HANDLING REFERRAL:**

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| | | | 5/1/15 |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| | | | |

**NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):**
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

**INMATE SIGNATURE (Firma del Preso):**

**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida):*

## INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del detenido):* 5/12/2015

**INMATE'S BASIS FOR AN APPEAL:** *(Base del detenido para una apelación):*
I am still not satifed with responce to my poor medical treatment

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*(¿Apelación del detenido aceptada por el administrador o/su designado(a)?)*
Yes (Sí) ☐    No ☑

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del administrador o/su designado(a)):*
Unfortunately it is not uncommon to have to wait for care when you go to an E.R. Medical staff must provide services on a priority basis not first come first serve. Thank you

| ADMINISTRATOR/DESIGNEE (Administrador o/su Designado(a)): | SIGNATURE (Firma del Administrador o/su Designado(a)): | DATE (Fecha): |
|---|---|---|
| Susan Shebel RN | Susan Shebel RN | 5/28/15 |

**INMATE SIGNATURE (Firma del Preso):** Micheal Patte

**INMATE RECEIVED APPEAL RESPONSE** *(Fecha en que el preso recibió respuesta a su apelación):* 6/4/15

N-48 (NOV 11)    (WHITE COPY – PROGRAM SERVICES)    (YELLOW COPY – C.R.W./PLATOON COUNSELOR)    (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Aguacil del Condado de Cook)*

☒ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

CONTROL #
2015 4481

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

## INMATE INFORMATION

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de Identificación):* |
|---|---|---|
| Patten | Michael | 2015 020082 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE  (if applicable):

| CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel): | DATE REFERRED: ___/___/15 |
|---|---|

RESPONSE BY PERSONNEL HANDLING REFERRAL:

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: ___/___/__ |
|---|---|---|---|

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: ___/___/__ |
|---|---|---|---|

| NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box):*<br>☐ GRIEVANCE SUBJECT CODE: _____<br>☐ NON-GRIEVANCE SUBJECT CODE: _____ | INMATE SIGNATURE *(Firma del Preso):*<br>Michael Patten | DATE RESPONSE WAS RECEIVED:<br>*(Fecha en que la respuesta fue recibida):*<br>9/18/15 |
|---|---|---|

## INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)*  9/18/15

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

| ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?<br>*(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)* | Yes *(Si)* ☐   No ☒ |
|---|---|

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decision o recomendación por parte del administrador o/su designado(a):)*

| ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a)):* | SIGNATURE *(Firma del Administrador o/su Designado(a):):* | DATE *(Fecha):* ___/___/15 |
|---|---|---|

| INMATE SIGNATURE *(Firma del Preso):* | DATE INMATE RECEIVED APPEAL RESPONSE<br>*(Fecha en que el preso recibió respuesta a su apelación):* ___/___/__ |
|---|---|

| (FCN-48)(NOV 11) | (WHITE COPY – PROGRAM SERVICES) | (YELLOW COPY – C.R.W./PLATOON COUNSELOR) | (PINK COPY – INMATE) |
|---|---|---|---|



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #
2016 x 2962

## INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de identificación):* |
|---|---|---|
| WHITTEN | MICHAEL | 2008 0201082 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
### (EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
See medical Treatment

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO (Example: Superintendent, Cermak Health services, Personnel):
Cermak

DATE REFERRED:
3/28/16

RESPONSE BY PERSONNEL HANDLING REFERRAL:
Seen by provider 3/18/16. Issues addressed
Appts scheduled for Cardiology, Othopedics, Renal
Primary Care.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| Susan Dubek | Susan Dubek | | 4/11/16 |

**Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.**

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso)*

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida):*
4/15/16

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* 4/15/16

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):*
need is the furry
I was refuse medical treatment in the first place

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
¿ Apelación del detenido aceptada por el administrador o/su designado(a)?
Yes *(Si)* ☐     No ☑

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):*
You were seen by provider 3/18/16 you have been scheduling appointments.

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* | SIGNATURE *(Firma del Administrador o / su Designado(a)):* | DATE *(Fecha):* |
|---|---|---|
| Susan Shelby | Susan Dubek | 5/8/16 |

| INMATE SIGNATURE *(Firma del Preso):* | | DATE INMATE RECEIVED APPEAL RESPONSE: *(Fecha en que el Preso recibio respuesta a su apelacion):* |
|---|---|---|
| | | 5/11/16 |

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2016 X 2438

## INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de identificación):* |
|---|---|---|
| PATTEN | MICHAEL | 2015 0301082 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: NEED MEDICAL TREATMENT

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / /REQUEST TO: (Example: Superintendent, Cermak Health services, Personnel): CERMAK    DATE REFERRED: 3/1/16

RESPONSE BY PERSONNEL HANDLING REFERRAL: You were seen by nurse + Pharmacy notified you needed your medication. Received 14 tabs 3/24 + 8/21. Receiving in care care. Refused tabs.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| Susan Shebel | Susan Shebel | | 4/9/16 |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): | SIGNATURE: | DIV. / DEPT. | DATE: |
|---|---|---|---|
| | | | 4/25/16 |

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):* Michael Patten

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida):* 04/25/16

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud del la apelacion del detenido):* 4/25/16

INMATE'S BASIS FOR AN APPEAL *(Base del detenido para una apelacion):* I not getting my medication that prescribed medication the medicate is the new getting is not working to releave my physical pain

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*¿ Apelación del detenido aceptada por el administrador o/su designado(a)?*   Yes (Si) ☑   No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION *(Decision o recomendacion por parte del administrador o / su designado(a)):* Scheduled for Primary Care in May for review of meds. Sent to GRC for further issues.

| ADMINISTRATOR / DESIGNEE *(Administrador o / su Designado(a)):* | SIGNATURE *(Firma del Administrador o / su Designado(a)):* | DATE *(Fecha):* |
|---|---|---|
| Susan Shebel | Susan Shebel RN | 5/13/16 |

INMATE SIGNATURE *(Firma del Preso):*

DATE INMATE RECEIVED APPEAL RESPONSE:
*(Fecha en que el Preso recibió respuesta a su apelacion):* 5/28/

FCN-48 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Aguacil del Condado de Cook)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

C447911

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

CONTROL #

2015X18488

## INMATE INFORMATION

INMATE LAST NAME *(Apellido del Preso):*  PATTEN

INMATE FIRST NAME *(Primer Nombre):*  MICHAEL

ID Number *(# de Identificación):*  2015020TO8Z

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

*200 MEDICAL TREATMENT*

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE  *(if applicable):*

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO: *(Example: Superintendent, Cermak Health Services, Personnel):*  CERMAK

DATE REFERRED:  4/11/15

RESPONSE BY PERSONNEL HANDLING REFERRAL:

*Anytime is our record you have been assigned pain medication. There also a ___ for pain ask if relief needed.*

PERSONNEL RESPONDING TO GRIEVANCE *(Print):*  ME

SIGNATURE:  ME

DIV./DEPT.

DATE:  4/22/15

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT/DIRECTOR/DESIGNEE *(Print):*

SIGNATURE:

DIV./DEPT.

DATE: /  /

NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box):*
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE *(Firma del Preso):*  X Michael Patten

DATE RESPONSE WAS RECEIVED:
*(Fecha en que la respuesta fue recibida):*
/  /

## INMATE'S REQUEST FOR AN APPEAL ( *Solicitud de Apelación del Preso*)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)*  5/12/2015

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

*I am not satisfied with your response if you can't give proper medical treatment send me to cook county hospital*

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)*

Yes *(Si)* ☐   No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decison o recomendación por parte del administrador o/su designado(a)):*

ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a)):*

SIGNATURE *(Firma del Administrador o/su Designado(a)):*

DATE *(Fecha):*
/  /

INMATE SIGNATURE *(Firma del Preso):*

DATE INMATE RECEIVED APPEAL RESPONSE
*(Fecha en que el preso recibio respuesta a su apelación):*
/  /

(FCN-48)(NOV 11)   (WHITE COPY – PROGRAM SERVICES)   (YELLOW COPY – C.R.W./PLATOON COUNSELOR)   (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

### GRIEVANCE FORM PROCESSED AS:

☐ EMERGENCY GRIEVANCE

☐ GRIEVANCE

☐ NON-GRIEVANCE (REQUEST)

### REFERRED TO:

☐ CERMAK HEALTH SERVICES

☐ SUPERINTENDENT: _____

☐ OTHER: _____

## INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* Patten

**PRINT - FIRST NAME** *(Primer Nombre):* Michael

**INMATE BOOKING NUMBER** *(# de identificación del detenido)* 2015020108 L

**DIVISION** *(División):* 6

**LIVING UNIT** *(Unidad):* C-H-11C

**DATE** *(Fecha):* 6-7-16

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT** *(Fecha Del Incidente)* 6-7-16

**TIME OF INCIDENT** *(Hora Del Incidente)* 10:00

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)* C-H-16C

The mattress that I have issue is causeing all kinds of pain to my back and shoulder I have chronic back and shoulder illness issues The mattress has very little support in it I need two to stop to pain in my back and shoulder I have ask the doctor about two mattress, he told me he can't prescribe it I had two before the officer took it.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

That I be give another mattress and if no tell why. please write back so I can read your resp

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):* Michael Patten

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): SCOTT | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: 6/8/16 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-40)(APR15)        **(WHITE COPY – INMATE SERVICES)**        **(YELLOW COPY – CRW/PLATOON COUNSELOR)**        (PINK COPY



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Aguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #
2015 5678

## INMATE INFORMATION

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| McPatten | Michael | 2015-0201082 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:
*050 Dental Treatment*

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel):
Cermak

DATE REFERRED:
07/22/15

RESPONSE BY PERSONNEL HANDLING REFERRAL:
You are scheduled for a dental appointment within 1-2 wks

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| Susan Shebel | Susan Shebel RN | | 7/24/15 |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| | M.D. | | / / |

| NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box): | INMATE SIGNATURE *(Firma del Preso)*: | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: |
|---|---|---|
| ☐ GRIEVANCE SUBJECT CODE: _____ | X | 07/31/15 |
| ☐ NON-GREIVANCE SUBJECT CODE: _____ | | |

## INMATE'S REQUEST FOR AN APPEAL ( *Solicitud de Apelación del Preso*)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* 07/31/

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

| ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? | Yes *(Si)* ☐ | No ☒ |
|---|---|---|
| *(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)* | | |

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decision o recomendación por parte del administrador o/su designado(a):)*
You were seen by dentist on 8/21/15

| ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a))*: | SIGNATURE *(Firma del Administrador o/su Designado(a):)*: | DATE *(Fecha)*: |
|---|---|---|
| Susan Shebel | Susan Shebel RN | 8/24/15 |

| INMATE SIGNATURE *(Firma del Preso)*: | | DATE INMATE RECEIVED APPEAL RESPONSE *(Fecha en que el preso recibio respuesta a su apelación:)* |
|---|---|---|
| | | / / |

(FCN-48)(NOV 11)    (WHITE COPY – PROGRAM SERVICES)    (YELLOW COPY – C.R.W./PLATOON COUNSELOR)    (PINK COPY – INMATE)



**Holy Cross Hospital**
2701 W 68th St
Chicago, IL 60629-1813
**(773) 884-9000**

Date: 02/27/15
Account No: V00000158552
Unit No: 002948597
Patient: PATTEN,MICHAEL
Location: HCEDSOUTH
Physician: Sandalow,Nathan H MD

### Cervical Radiculopathy

**WHAT YOU SHOULD KNOW:**

Cervical radiculopathy is a painful condition that happens when a spinal nerve in your neck is pinched or irritated.

**INSTRUCTIONS:**

**Medicines:** You may need any of the following:

- **NSAIDs** help decrease swelling and pain. This medicine can be bought without a doctor's order. This medicine can cause stomach bleeding or kidney problems in certain people. If you take blood thinner medicine, always ask your primary healthcare provider (PHP) if NSAIDs are safe for you. Always read the medicine label and follow the directions on it before using this medicine.

- **Prescription pain medicine** helps decrease pain. Do not wait until the pain is severe before you take this medicine.

- **Steroids** help decrease pain and swelling. These may be given as a pill or as an injection in your neck. You may need more than 1 injection if your symptoms do not improve after the first treatment.

- **Take your medicine as directed.** Contact your PHP if you think your medicine is not helping or if you have side effects. Tell him if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Follow up with your PHP or spine specialist as directed:** Write down your questions so you remember to ask them during your visits.

**Physical therapy:** Your PHP may suggest physical therapy to stretch and strengthen your muscles. Your physical therapist can teach you how to improve your posture and the way you hold your neck. He may also teach you how to be safely active and avoid further injury. He can also help you develop an exercise program that is safe for your back and neck.

**Self-care:**

- **Ice** helps decrease swelling and pain. Ice may also help prevent tissue damage. Use an ice pack, or put crushed ice in a plastic bag. Cover it with a towel and place it on your neck for 15 to 20 minutes every hour or as directed.

- **Rest** when you feel it is needed. Slowly start to do more each day. Return to your daily activities as directed.

- **Wear a soft collar.** You may be given a soft collar to support your neck while you sleep. Wear the soft collar only as directed.

# SINAI
**Sinai Health System**

**Holy Cross Hospital**
2701 W 68th St
Chicago, IL 60629-1813
**(773) 884-9000**

Date: 02/27/15
Account No: V00000158552
Unit No: 002948597
Patient: PATTEN,MICHAEL
Location: HCEDSOUTH
Physician: Sandalow,Nathan H MD

## Patient Visit Information

**You were seen today for:**

Cervical radiculopathy

### Staff

Your caregivers today were:

    Physician:    Sandalow,Nathan H MD
    Practitioner: Lines,Zachary PA
    Nurse:        RH

### Patient Instructions Reviewed

Cervical Radiculopathy (ED)

    received 02/27/15 - 1120

### Medication Dose and Instructions

ACETAMINOPHEN/HYDROcodone* (Norco 5/325 MG*) 1 TAB, #10 PO Q6H...

### Follow-up

Please contact the following to make an appointment for follow-up care:

    Sturgill,Michael MD
    SMG SCHWAB Surgery Clinic
    1414 S Fairfield
    Chicago, IL 60608
    Phone: 1-773-522-6485      Fax: 1-773-522-6490

    Note:
    CALL TO MAKE AN APT. WITH NEURO SURGERY
    USE THE PAIN MEDICINE AS NEEDED

    RETURN TO ER FOR CONCERNS/WORSENING OF CONDITION.

Note: Your health care plan may require a referral from your primary care provider prior to making an appointment.

Sinai Health System
California Avenue at 15th Street
Chicago, IL 60608

Patient Name: PATTEN,MICHAEL
Med Rec #: 002948597
Date: 02/27/15

## Patient Health Summary

### For your Emergency visit 02/27/15

| Vital Reading | How Taken | Value | Recorded Date/Time |
|---|---|---|---|
| B/P | | 154/93 | 02/27/15 9:27am |
| Resp | | 18 | 02/27/15 9:27am |
| Pulse | | 84 | 02/27/15 9:27am |
| SpO2% | | 100 | 02/27/15 9:27am |

| Body Measurements | Value | Recorded Date/Time |
|---|---|---|
| Height | 6 ft 0 in | 02/27/15 4:37am |
| Weight | 210 lbs 0 oz | 02/27/15 4:37am |
| Body Mass Index | 28.5 kg/m2 | 02/27/15 4:37am |

### Encounters

| Encounter | Location | Date/Time |
|---|---|---|
| Registered Emergency | Holy Cross Hospital | 02/27/15 4:41am |

### Encounter Diagnosis
### For your Emergency visit 02/27/15

| Diagnosis |
|---|
| Cervical radiculopathy |

### Procedures
[no PROCEDURES recorded]

### Diagnostic Lab Results

| Test Name | Result/Comment | Unit | Reference | Date/Time |
|---|---|---|---|---|
| Basophils # | 0.1 | CT/MM3 | 0 - 0.2 | 02/27/15 6:00am |
| Basophils % | 1.1 | % | 0 - 2 | 02/27/15 6:00am |
| Eosinophils # | 0.7 | CT/MM3 | 0.0 - 0.4 | 02/27/15 6:00am |
| Eosinophils % | 10.9 | % | 0 - 3 | 02/27/15 6:00am |
| Hematocrit | 43.8 | % | 42.0 - 52.0 | 02/27/15 6:00am |
| Hemoglobin | 15.0 | g/dL | 14.0 - 18.0 | 02/27/15 6:00am |
| Large Unstained Cells # | 0.1 | CT/MM3 | 0.0 - 0.5 | 02/27/15 6:00am |
| Large Unstained Cells % | 1.4 | % | 0 - 4.99 | 02/27/15 6:00am |
| Lymphocytes # | 1.5 | CT/MM3 | 1.3 - 3.5 | 02/27/15 6:00am |
| Lymphocytes % | 21.6 | % | 24 - 44 | 02/27/15 6:00am |
| Mean Corpuscular Hemoglobin | 31.0 | Pg | 27.0 - 31.0 | 02/27/15 6:00am |
| Mean Corpuscular Hemoglobin Concent | 34.3 | % | 32.0 - 36.0 | 02/27/15 6:00am |
| Mean Corpuscular Volume | 90.2 | Fl | 80 - 98 | 02/27/15 6:00am |
| Mean Platelet Volume | 7.0 | Fl | 6.8 - 10.8 | 02/27/15 6:00am |
| Monocytes # | 0.3 | CT/MM3 | 0.3 - 0.9 | 02/27/15 6:00am |
| Monocytes % | 4.1 | % | 1 - 6 | 02/27/15 6:00am |
| Neutrophils # | 4.2 | K/CMM | 2.1 - 6.1 | 02/27/15 6:00am |
| Neutrophils % | 60.9 | % | 40 - 74 | 02/27/15 6:00am |
| Platelet Count | 244 | TH/MM3 | 145 - 375 | 02/27/15 6:00am |
| Red Blood Count | 4.85 | MIL/MM3 | 4.70 - 6.10 | 02/27/15 6:00am |
| Red Cell Distribution Width | 13.1 | % | 11.5 - 14.5 | 02/27/15 6:00am |
| White Blood Count | 6.8 | TH/MM3 | 4.5 - 13.0 | 02/27/15 6:00am |
| Anion Gap | 9 | mmol/L | 7 - 16 | 02/27/15 6:00am |
| Blood Urea Nitrogen | 11 | mg/dL | 7 - 18 | 02/27/15 6:00am |
| Carbon Dioxide Level | 25 | mmol/L | 22 - 29 | 02/27/15 6:00am |
| Chloride Level | 106 | mmol/L | 98 - 107 | 02/27/15 6:00am |
| Creatinine | 1.29 | mg/dL | 0.72 - 1.25 | 02/27/15 6:00am |

**Sinai Health System**
**California Avenue at 15th Street**
**Chicago, IL 60608**

**Patient Name:** PATTEN,MICHAEL
**Med Rec #:** 002948597
**Date:** 02/27/15

### Patient Health Summary

Patient Name: PATTEN,MICHAEL
Address: 1905 W 64TH STREET
           CHICAGO, IL 60629

Home Phone: NONE
Other Phone:
Med Rec #: 002948597
Date of Birth: 12/23/1964
Sex: M
Marital Status: NEVER MARRIED
Pregnant:
Race: AFRICAN AMERICAN/BLACK
Ethnicity: NON-HISPANIC OR LATINO
Language Spoken: ENGLISH
Religious Affiliation: NON-RELIGIOUS

### Next of Kin

| Next of Kin | Relationship | Address | Phone Number |
|---|---|---|---|
| NONE,LISTED | SELF | 1905 W 64TH STREET CHICAGO, IL 60629 | NONE |

### Healthcare Providers

| Role | Provider | Type | Phone | Organization |
|---|---|---|---|---|
| Primary Care | Non-Staff,Physician | Referring (external) Doctor | 1-773-257-5850 | |
| Emergency | Sandalow,Nathan H MD | Attending Physician | 1-773-257-2550 | |

### Visit Care Team
### For your Emergency visit 02/27/15

| Role | Name | Primary Phone |
|---|---|---|
| Primary Care Physician | Non-Staff,Physician | 1-773-257-5850 |
| Emergency | Sandalow,Nathan H MD | 1-773-257-2550 |
| Family | Non-Staff,Physician | 1-773-257-5850 |

### Insurance Providers

| Payer | Subscriber | Guarantor |
|---|---|---|
| Name: SELF PAY | Name: PATTEN,MICHAEL<br>DOB: 12/23/64<br>Insurance Type: SELF<br>Subscriber Relationship: SELF<br>Address:<br>1905 W 64TH STREET<br>CHICAGO, IL 60629<br>Phone: NONE | Name: PATTEN,MICHAEL<br>Address:<br>1905 W 64TH STREET<br>CHICAGO, IL 60629<br>Phone: NONE |

### Allergies, Adverse Reactions, Alerts

| Allergen | Type | Severity | Reaction | Last Updated |
|---|---|---|---|---|
| No Known Allergies | Allergy | Unknown | | 02/27/15 |

01482238

*ER*



NArc

**COOK COUNTY HEALTH & HOSPITALS SYSTEM**
**CCHHS**

# PHARMACY PRESCRIPTION SERVICE CHARGE CONFIRMATION

## PHARMACY TO COMPLETE

1. (circle one):  BC   CORE   Fantus   Fantus Refill   JHS   Provident   Oak

2. Patient Name (Print): Patten, Michael

3. Medical Record #: _____

4. Date of Birth: _____

5.  ☐ CareLink  ☐ Medicare  ☐ Medicaid
    ☒ CountyCare  ☐ Commercial Insurance  ☐ Self Pay / Cash

6. Rx Items For Service Charge

   (☐ No Co-Pay)

   ☐ 1 Prescription Item = $4
   ☐ 2 Prescription Items = $8
   ☐ 3 Prescription Items = $12

   ☐ 4 Prescription Items = $16
   ☐ 5 Prescription Items or more = $20
   ☐ Other Co-Pay _____

   Total Rx Items: _____

   Staff Initials _So_ Date 3/28/_

## CASHIER TO COMPLETE

1. **Rx Benefit Identification Presented**:

   ☐ YES   ☐ NO

   ☐ = Commercial Insurance
   ☐ = Medicare Card
   ☐ = Medicaid Card
   ☐ = CareLink
   ☐ = CountyCare
   ☐ = Waiver

**PAID** (STAMP PAID)

2. Cash Collections

   Date ___ / ___ /

   Amount Collected: $ 0

   Staff Initials _____

CCBHS - PHARMACY SERVICE FEE
Date _____ Initials: _____
PROCESSED

Copy Distribution:   White - Patient   Canary - Cashier   Pink - CareLink   Gold - Pharmacy

FORM # 28-3100-4686  REV 05/14

| Date | Time | Location | Appointment Type | Provider |
|------|------|----------|------------------|----------|
| No Appointments found | | | | |

**NOTE:**

It is important to keep all of your follow-up appointments. If you have any questions about your clinic appointment, please call 312.864.6610 or 312.864.0200. If you have a GMC doctor in Fantus and need an appointment to see your doctor, please call 312.864.8682 or 312.864.0200. If you were given an 'IRIS' referral to see a specialist or for a primary care appointment, please call 312.864.6415 to find out information about this referral. If you are seen at a Cook County Health and Hospital Clinic, please call your clinic directly for an appointment.

If you had a HIV test done in the Emergency Department, please see the Health Educator at the Walk-In Screening Clinic, located on the 1st floor of the CORE Center (2020 W. Harrison Street) in 2 weeks. The CORE Center is open Monday – Friday from 8:30am-3:30pm. This is a Walk-In Clinic, no appointment is necessary.

**Patient Education Information:**

The following pages contain information for you to read regarding your medical condition. Below is a list of the patient education materials that you have received. If you have any questions, please ask your nurse or doctor.

116512en

## SCIATICA



Sciatica ("Lumbar Radiculopathy") causes a pain that spreads from the lower back down into

Name: PATTEN, MICHAEL         3 of 9                              03/13/2015 03:13:09
MRN: 002745861c              FIN NBR: 0755338720

the buttock, hip and leg. Sometimes leg pain can occur without any back pain. Sciatica is due to irritation or pressure on a spinal nerve as it comes out of the spinal canal. This is most often due to a bulge or rupture of a nearby spinal disk (the cartilage cushion between each spinal bone), which presses on a nearby nerve. Other causes include spinal stenosis (narrowing of the spinal canal) and spasm of the pyriform muscle (a muscle in the buttocks that the sciatic nerve passes through).

Sciatica may begin after a sudden twisting/bending force (such as in a car accident), or sometimes after a simple awkward movement. In either case, muscle spasm is commonly present and contributes to the pain.

The diagnosis of sciatica is made from the symptoms and physical exam. Unless you had a physical injury (such as a car accident or fall), X-rays are usually not ordered for the initial evaluation of sciatica because the nerves and disks cannot be seen on an x-ray. If signs of a compressed nerve are present (for example, loss of tendon reflex or strength in the leg), an MRI (magnetic resonance imaging) scan will need to be scheduled as an outpatient.

Most sciatica (80-90%) gets better with medicine, exercise, physical therapy. If symptoms continue after at least three months of medical treatment, surgery may be considered.

## HOME CARE:
You may need to stay in bed the first few days. But, as soon as possible, begin sitting or walking to avoid problems with prolonged bed rest.

When in bed, try to find a position of comfort. A firm mattress is best. Try lying flat on your back with pillows under your knees. You can also try lying on your side with your knees bent up towards your chest and a pillow between your knees.

Avoid prolonged sitting. This puts more stress on the lower back than standing or walking.

Some persons find relief with heat (hot shower, hot bath or heating pad) and massage, while others prefer cold packs (crushed or cubed ice in a plastic bag, wrapped in a towel). Try both and use the method that feels best for 20 minutes several times a day.

You may use acetaminophen (Tylenol) or ibuprofen (Motrin, Advil) to control pain, unless another pain medicine was prescribed. [ NOTE: If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.]

Be aware of safe lifting methods and do not lift anything over 15 pounds until all the pain is gone.

## FOLLOW UP with your doctor or this facility if your symptoms do not start to improve after one week. Physical therapy or further testing may be needed.

[NOTE: If X-rays were taken, they will be reviewed by a radiologist. You will be notified of any new findings that may affect your care.]

## GET PROMPT MEDICAL ATTENTION if any of the following occur:
- Pain becomes worse, not controlled by the prescribed medicine
- Weakness or numbness in one or both legs
- Numbness in the groin, genital area

Loss of bowel or bladder control

# SINAI HEALTH SYSTEM
## Holy Cross Hospital - Emergency Department
### 2701 West 68th Street, Chicago, IL 60629
### (773) 884-9000
Emergency Room Departure Record/Instructions

**Patient:** PATTEN,MICHAEL
**Age/Sex:** 50/M
**Today's Date:** 02/27/2015 11:20 am

Note: The care and treatment you received is initial care only. It is not the complete care
      you need.  You must make arrangements for further care within 48 hours.

      If you develop any problems you can return to the emergency department or call 911 to
      be taken to the nearest emergency room.

## * * * IMPORTANT * * *
### ***Please call to make or confirm an appointment.***

If you don't have a Primary Care Physician, we suggest contacting:

*Access Community Health Network
 2701 W. 68th Street, Chicago, IL 60629
 Located on the 3rd Floor Physician Pavillion at Holy Cross Hospital
 Phone: 773-434-4040  (Call for Available Appointment or Any Further Information)

     Hours: Monday through Friday 8:30 am - 6:00 pm
            Saturday 8:30 am - 2 pm (1st and 3rd Saturday)
     Most Insurance Plans are Accepted - Sliding Scale Fee Also Available

I have received a copy of these instructions and have had an opportunity to discuss them.
My questions have been answered.

_____     _____     _____
Patient (or representative)          Witness                         Date/Time

125          U# 002948597      ACCT# V00000158552





**Holy Cross Hospital.** Date: 02/27/15
2701 W 68th St
Chicago, IL 60629-1813
**(773) 884-9000**

Account No: V00000158552
Unit No: 002948597
Patient: PATTEN,MICHAEL
Location: HCEDSOUTH
Physician: Sandalow,Nathan H MD

---

### Cervical Collars



- **Do light stretches and regular exercise.** Your PHP may suggest light stretches to help decrease stiffness in your neck and arm as you recover. After your pain is controlled, you may benefit from regular exercise. Ask what type of exercise is safe for your back and neck.

- **Review your work area.** A comfortable work area can help prevent neck strain. Ask your employer for an ergonomic review to check the position of your desk, chair, phone, and computer. Make any necessary adjustments for your comfort.

### Contact your PHP or spine specialist if:

- You have a fever.

- You are losing weight without trying.

- Your pain is worse, even with medicine.

- One or both hands feel more numb than before, or you cannot move your fingers well.

- You have questions or concerns about your condition or care.

© 2014 Truven Health Analytics Inc. Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

City of Chicago EMS
33589 Treasury Center
Chicago IL 60694-3500

RETURN SERVICE REQUESTED

Michael Patten
1905 W 64th St
Chicago IL 60636

### CITY OF CHICAGO'S NOTICE OF PRIVACY PRACTICES
This notice describes how medical information about you may be used and disclosed and how you can get access to this information.
Please review it carefully
If you have any questions about this Notice please contact:
The City of Chicago's Privacy Officer at (312) 747-2237

This Notice of Privacy Practices describes how the City of Chicago may use and disclose your protected health information (PHI) to carry out treatment, payment or health care operations and for other purposes that are permitted or required by law. It also describes your rights to access and control of your PHI. "Protected health information" is information about you, including demographic information, that may identify you and that relates to your past, present or future physical or mental health condition and related healthcare services.

The City is required to abide by the terms of the Notice currently in effect. The City may change the terms of its Notice at any time, and any material changes to the Notice will be posted in our facilities and on the City's website: www.cityofchicago.org. The new Notice will be effective for all PHI that the City maintains. You may obtain a copy of the Notice currently in effect by contacting the City of Chicago's Privacy Officer at (312) 747-2237 or 333 S. State St., Rm. 200, Chicago, IL 60604.

**ACKNOWLEDGEMENT OF RECEIPT OF THIS NOTICE**
You will be asked to provide a signed acknowledgement of receipt of this notice. Our intent is to make you aware of the possible uses and disclosures of your protected health information and your privacy rights. The delivery of health care services will in no way be conditioned upon your signed acknowledgement. If you decline to prove a signed acknowledgment, we will continue to provide your treatment, and will use and disclose your protected health information for treatment, payment, and health care operations when necessary.

**WHO WILL FOLLOW THIS NOTICE**
The City is a hybrid entity and this Notice describes the practices of the City's health care components regarding your PHI. For this Notice, references to the City are references to the City's health care components, which include the Chicago Department of Public Health and the Chicago Fire Department. Information may be shared with other departments within the City, as permitted by privacy regulations.

**HOW MAY WE USE OR DISCLOSE YOUR PROTECTED HEALTH INFORMATION**

**Treatment, Payment and Health Care Operations**
The City may use and disclose PHI for the purposes of treatment, payment, and health care operations without your permission, in most cases. Examples of the uses and disclosures that the City, as a health care provider, may make for these purposes include the following:

☐ **Treatment** refers to the provision, coordination, or management of health care and related services by one or more health care providers. For example, as a health care provider, we may disclose your PHI, as necessary, to other health care providers involved in your treatment. We may use and disclose your PHI to provide

the treatment you require, such as communicating your PHI to a hospital or dispatch center and providing a hospital with information that we create in the course of treating and transporting you.

☐ **Payment** refers to activities the City undertakes to obtain reimbursement for your health care services. Payment includes activities such as determinations of eligibility or coverage, billing insurance companies, collecting outstanding amounts, and reviewing services provided to you for medical necessity.

☐ **Health Care Operations** refers to the basic business functions necessary to operate as a health care provider. The City may use or disclose, as needed, your PHI in order to support business activities, including quality assessment and improvement activities, employee review and evaluation activities, training, licensing, legal services, auditing, business planning, business management activities, and conducting or arranging for other business activities.

For example, we may conduct or arrange for a review of health care services to ensure compliance with policies and procedures or to detect fraud. We may also use or disclose your PHI, as necessary, to provide you with information about treatment alternatives or other health-related benefits and services.

**Other uses and Disclosures Allowed Without Authorization**
Federal law also allows the City to use and disclose PHI, without your written authorization, in certain situations, unless the use or disclosure is prohibited by a more stringent state law. The examples of permitted uses and disclosures of your PHI include, but are not limited to, those listed below.

**1. Public Health Activities** The City may disclose your PHI to public health authorities in certain situations and as required by law. For example, the City may use or disclose your PHI to:
- a government authority authorized to receive child abuse or neglect reports;
- the Food and Drug Administration (FDA), for activities related to the quality, safety, or effectiveness of FDA-regulated products or activities, including drugs, food, medical devices, and dietary supplements;
- a person who may have been exposed to a communicable disease or who may be at risk of contracting or spreading a disease or condition;

- an employer, under certain circumstances, such as those related to work-related illness or injury; and
- a school, in certain circumstances, if you are a student or prospective student of the school and the PHI is limited to proof of immunization.

The Chicago Department of Public Health is a public health authority that is authorized by law to collect and receive PHI for certain public health purposes, such as preventing or controlling disease, injury, or disability.

**Victims of Abuse, Neglect, or Domestic Violence** The City may disclose your PHI in certain circumstances to government authorities authorized by law to receive reports of abuse, neglect, or domestic violence, if we reasonably believe you to be a victim of abuse, neglect, or domestic violence.

**Health Oversight Activities** The City may disclose your PHI to a health oversight agency for activities authorized by law. Oversight activities can include investigations; audits; inspections; licensure and disciplinary actions; civil, administrative, or criminal actions; or other activities necessary for the government to oversee the health care system, government benefits programs, government regulatory programs, and compliance with civil rights laws.

**Lawsuits and Administrative Proceedings** The City may disclose your PHI in response to a court or administrative order, if you are involved in a lawsuit or administrative proceeding, or as required by law. In some cases, we may also disclose your PHI in response to a discovery request, subpoena, or other lawful process.

**Law Enforcement** The City may disclose PHI for law enforcement purposes, to a law enforcement official, if certain conditions are met. We may disclose PHI:

- as required by law, to report certain wounds or other physical injuries;
- in response to certain court orders, warrants, summons, subpoenas, grand jury subpoenas, or administrative requests that meet the relevant requirements;
- to identify or locate a suspect, fugitive, material witness, or missing person, within certain restrictions that apply to the disclosures that may be made;
- about a person who is or is suspected to be a crime victim, if we are unable to obtain the person's agreement, if certain criteria are met;
- regarding a person who has died, for the purpose of alerting law enforcement of the person's death, if we have a suspicion that such death may have resulted from criminal conduct;
- regarding evidence of criminal conduct that occurred on City premises; and
- in an emergency, to report a crime, the location or victim(s) of the crime, and the identity, description, and location of the perpetrator.

**Deceased Patients** The City may disclose PHI to a coroner or medical examiner to identify a deceased person, determine the cause of death, or other duties as authorized by law. If necessary, we may disclose PHI to funeral directors to perform their duties, as authorized by law.

**Organ, Eye, or Tissue Donations** If you are an organ donor, the City may use or disclose your PHI to an organ procurement organization or other entities engaged in the procurement, banking, or transplantation of cadaveric organs, eyes, or tissue as necessary to facilitate organ, eye, or tissue donation and transplantation.

**Research** The City may use and disclose your PHI for research purposes in certain limited circumstances, such as the approval by an Institutional Review Board of an alteration to or waiver of your authorization for the use or disclosure of your PHI and the procurement of certain representations from the researcher.

**Serious Threats to Health or Safety** Consistent with applicable laws, the City may use and disclose your PHI if the City, in good faith, believes the use or disclosure is necessary to prevent or lessen a serious and imminent threat to the health or safety of a person or the public and the disclosure is to a person(s) reasonably able to prevent or lessen the threat. In certain circumstances, the City also may use or disclose your PHI if the City, in good faith, believes the use or disclosure is necessary for law enforcement authorities to identify or apprehend an individual.

**Military** The City may use and disclose your PHI if you are a member of the Armed Forces or a foreign military, if certain criteria are met.

**Specialized Government Functions** The City may disclose your PHI to authorized federal officials for the conduct of intelligence, counter-intelligence, and national security activities authorized by law. We may also disclose your PHI to authorized federal officials to protect the President, other authorized officials, or foreign heads of state, or to conduct investigations authorized by law.

**Inmates** The City may disclose your PHI to a correctional institution or a law enforcement official if you are an inmate or under the lawful custody of a law enforcement official, in certain circumstances, such as health care, health, and safety.

**Government Programs Providing Public Benefits** The City, in administering a government program providing public benefits, may disclose PHI relating to the program to another government agency administering a government program providing public benefits, in certain circumstances, such as coordination or administration.

**Workers' Compensation** The City may disclose your PHI as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs.

**De-identified Information** The City may disclose PHI that does not personally identify you and with respect to which there is no reasonable basis to believe that the information can be used to identify you.

**Business Associates** The City may share your PHI with business associates that perform various activities (e.g., billing, legal services) on behalf of the City, and that provide certain types of services that involve PHI.

**Treatment, Payment, or Health Care Operations** The City may use or disclose your PHI for the treatment, payment, or health care operations activities of another health care provider who treats you.

**Additional State Requirements** Illinois has several laws that provide additional privacy protections and/or require the release of specific types of your PHI under certain circumstances, including the Mental Health and Developmental Disabilities Confidentiality Act, 740 ILCS 110 et seq., the AIDS Confidentiality Act, 410 ILCS 305 et seq., the Genetic Information Privacy Act, 410 ILCS 513, et seq., and the Alcoholism and Other Drug Abuse and Dependency Act, 20 ILCS 301, et seq. The City will follow applicable federal and state record preservation and production requirements..

**Other Uses and Disclosures of PHI With Your Written Authorization** Other uses and disclosures of your PHI will be made only upon receiving your valid written authorization, unless otherwise permitted or required by law. For example, in general, your valid authorization is required in order to use or disclose psychotherapy notes, subject to certain specific exceptions. We will not disclose or use your PHI for marketing or sell your PHI. You may revoke an authorization at any time by providing written notice to the address below. Your written revocation will only be effective for future uses and disclosures of your PHI; revocation of your authorization shall have no effect on uses or disclosures made before the withdrawal of the authorization.

**Individuals Involved in Your Health Care and Notification Purposes** Unless you object, the City may release, to a family member, other relative, close personal friend, or other person identified by you, the PHI directly relevant to such person's involvement in your health care or payment related to your health care. Additionally, we may use or disclose PHI to notify or assist in the notification of a family member, personal representative, or other person responsible for your care.

We may make such uses and disclosures if we obtain your verbal agreement to do so; if we give you an opportunity to object to such a disclosure and you do not raise an objection; if we reasonably infer from the circumstances that you do not object to the disclosure; and, in certain circumstances (including incapacity and emergencies) where we are unable to obtain your agreement and we determine the disclosure is in your best interests.

We may use or disclose your PHI to an authorized public or private entity for the purpose of coordinating with disaster relief efforts. In the event that an individual is deceased, the City may use or disclose to a family member or other persons described above, the PHI that is relevant to such person's involvement in the deceased's care or payment for health care prior to the person's death.

**Your Rights Regarding Your Protected Health Information** The City is required by law to maintain the privacy of PHI, to provide you with notice of our legal duties and privacy practices with respect to PHI, and to notify you in the event that the City discovers a breach of unsecured PHI.

As a patient, you have rights with respect to your PHI, including:

**Right to Request Restrictions on Uses and Disclosures** You have the right to request that the City limit certain uses and disclosures of your PHI. Any such request must be made in writing to the Privacy Officer listed in this Notice and must state the specific restriction requested and to whom that restriction would apply.

The City is not required to agree to any restriction that you request, except if (1) the disclosure is to a health plan for the purpose of carrying out payment or health care operations and is not otherwise required by law and (2) the PHI pertains solely to a health care item or service for which the City has been paid in full by you or a person other than the health plan.

a malfunction
mil
mel

STROGER BC PHARMACY
1901 WEST HARRISON STREET
CHICAGO, IL 60612

**RX#2009553-06**
**PATTEN, MICHAEL**

DOB: 12/23/1964
1905 W 64TH ST
CHICAGO, IL 60628
PT PHONE: (000) 000-0000

COUNTYCARE
Filled: 03/28/15          RPh: BG
HYDROCODONE-ACETAMINOPHE 5-325 TABS

Qty: 12          Days Supply: 2
DR. JENNY LU

No refills left. Please call ahead.          *ER*
NEW          2 of 2

STROGER BC PHARMACY
1901 WEST HARRISON STREET
CHICAGO, IL 60612

**RX#2009553-06**
**PATTEN, MICHAEL**

DOB: 12/23/1964
1905 W 64TH ST
CHICAGO, IL 60628
PT PHONE: (000) 000-0000

COUNTYCARE
Filled: 03/28/15          RPh: BG
HYDROCODONE-ACETAMINOPHE 5-325 TABS

Qty: 12          Days Supply: 2
DR. JENNY LU

No refills left. Please call ahead.          *ER*
NEW          2 of 2

**RX#2009553-06**  N          **Filled on:** 03/28/15          **RPh:** BG
**Medication:** HYDROCODONE-ACETAMINOPHEN 5-325 TABS          **NDC:** 53746-0109-01
**Qty:** 12          **Days Supply:** 2          **Dr.:** JENNY LU

**GENERIC NAME:** Hydrocodone/Acetaminophen Tablets and Capsules
**COMMON BRAND NAME(S):** Examples include Vicodin and Lortab
**IDENTIFICATION:**   Tablet

**IMPORTANT NOTE:** This information should not be used to decide whether or not to take this medicine or any other medicine. Only your health care provider has the knowledge and training to decide which medicines are right for you. This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition. This is only a brief summary of general information about this medicine. It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine. This information is not specific medical advice and does not replace information you receive from your health care provider. You must talk with your healthcare provider for complete information about the risks and benefits of using this medicine.

**This medicine is used for:** Relieving moderate to moderately severe pain. It may also be used for other conditions as determined by your doctor.

This medicine is a narcotic and analgesic/antipyretic combination. It works in the brain and nervous system to decrease pain.

**How to use this medicine:** Use this medicine as directed by your doctor. Check the label on the medicine for exact dosing instructions.
- Take this medicine by mouth with or without food. If stomach upset occurs, take with food to reduce stomach irritation.
- If you have been taking this medicine regularly or for longer than a few weeks, do not suddenly stop taking it without checking with your doctor. Your doctor may need to gradually lower your dose.
- If you miss a dose of this medicine and you are taking it regularly, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

Ask your health care provider any questions you may have about how to use this medicine.

**Possible side effects of this medicine:** All medicines may cause side effects, but many people have no, or minor, side effects. Check with your doctor if any of these most COMMON side effects persist or become bothersome:

Constipation; dizziness; drowsiness; light-headedness; nausea; vomiting.

Seek medical attention right away if any of these SEVERE side effects occur:

Severe allergic reactions (rash; hives; itching; difficulty breathing; tightness in the chest; swelling of the mouth, face, lips, throat, or tongue; unusual hoarseness); change in the amount of urine produced; change or loss in hearing; chest pain; confusion; fainting; fever, chills, or persistent sore throat; mental or mood changes (eg, agitation, anxiety, depression); red, swollen, blistered, or peeling skin; severe or persistent constipation; severe or persistent dizziness, drowsiness, headache, or light-headedness; shortness of breath; slow, shallow, or difficult breathing; symptoms of liver problems (eg, yellowing of the skin or eyes, pale stools, dark urine, persistent loss of appetite, unusual or severe stomach pain); trouble urinating; unusual bruising or bleeding; unusual tiredness or weakness; vision changes.

This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your health care provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088. You may also report side effects at http://www.fda.gov/medwatch.

**Before using this medicine:** Some medical conditions may interact with this medicine. Tell your doctor or pharmacist if you have any medical conditions, especially if any of the following apply to you:
- if you are pregnant, planning to become pregnant, or are breast-feeding